FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Suite-100
Covina, California 91723

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. | 01-CV-06553-HLH (Rzx) |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. | BY CLERK |
| MIGUEL C. NAVARRO, individually and dba STEPHANIE MINI MARKET, jointly and severally | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on February 27, 2002 against defendant, **MIGUEL C. NAVARRO individually and dba STEPHANIE MINI MARKET, jointly and severally** is hereby renewed on the amounts set forth below:

Page 1 of 2

RENEWAL OF DEFAULT JUDGMENT
Case No. 01-CV-06553-HLH (RZx)

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---|
| a. | Total judgment | $3,500.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 3,500.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 3,500.00 |
| g. | Interest after judgment | 874.03 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **4,374.03** |

DATED: 2/24/12

Clerk by Lori Muraoka, Deputy Clerk
Deputy   U.S. District Court

Page 2 of 2

RENEWAL OF DEFAULT JUDGMENT
Case No. 01-CV-06553-HLH (RZx)